**No. 10-5960. Thomas F. Campanile, Jr., Petitioner v. Phyllis Campanile Nicolella, as Executor of the Estate of Carolyn H. Renzi, Deceased.**

562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8153, ▮

October 18, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 67 App. Div. 3d 1078, 888 N.Y.S.2d 270.

**No. 10-5964. Kingsley Brown, Petitioner v. New York.**

562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8312.

October 18, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 70 App. Div. 3d 1047, 893 N.Y.S.2d 901.

**No. 10-5965. Jamal Barghouti, Petitioner v. Illinois.**

562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8262.

October 18, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 391 Ill. App. 3d 1115, 367 Ill. Dec. 836, 982 N.E.2d 986.

**No. 10-5969. Steven Lee Hyde, Petitioner v. Phillip Valdez.**

562 U.S. 984, 131 S. Ct. 420, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8290, ▮

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Idaho denied.

**No. 10-5971. Claude Townsend, Petitioner v. Karla Townsend.**

562 U.S. 984, 131 S. Ct. 421, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8244.

October 18, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-5972. Paul Blackmer, Petitioner v. Dwayne Sweat, et al.**

562 U.S. 984, 131 S. Ct. 421, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8275, ▮

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-5975. Kenneth Styles, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 985, 131 S. Ct. 421, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8282.

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-5977. George I. Stapley, Petitioner v. The Mississippi Bar, et al.**

562 U.S. 985, 131 S. Ct. 421, 178 L. Ed. 2d 328, 2010 U.S. LEXIS 8317, ▮

October 18, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.